UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTONIO BRAVATA,

        Defendant,

and

STATE OF MICHIGAN DEPARTMENT
OF TREASURY

        Garnishee.
_____/

Case No. 14-50375

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (ECF NO. 8) AND DENYING DEFENDANT
BRAVATA'S OBJECTION TO WRIT OF GARNISHMENT AND REQUEST
FOR HEARING (ECF NO. 4)

On March 6, 2015, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation recommending that this Court deny Defendant Antonio Bravata's Objections to the Writ of Garnishment and Request for a hearing. (ECF No. 8, Report and Recommendation).

Having thoroughly reviewed the Report and Recommendation and there being no timely objections from any party pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 8) and DENIES Defendant Antonio Bravata's Objections to the Writ of Garnishment and Request for a Hearing (ECF No. 4).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 19, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 19, 2015.

s/Deborah Tofil
Case Manager